Michael Terrell **COOK, Petitioner–Appellant,**

v.

**B.A. BLEDSOE, Warden, Respondent–Appellee,**

and

**Kathleen Hawk Sawyer, Respondent.**

No. 01–6434.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Michael Terrell Cook, pro se. Patrick Michael Flatley, Assistant United States Attorney, Wheeling, WV, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Terrell Cook appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition, declining to reconsider the denial of relief, and refusing to release Cook on bond pending disposition of this appeal. We have reviewed the record and the district court's orders and opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cook v. Bledsoe,* No. CA–00–60–1 (N.D.W. Va. Mar. 5, 2001; Feb. 7, 2001). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*